UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED IN OPEN COURT
OCT 2 0 2005
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA :
:
VERSUS : CRIMINAL NO. 05-130-B-M3
:
REGGIE P. GUEDRY :

## STIPULATED FACTUAL BASIS

NOW INTO COURT COMES the United States of America by David R. Dugas, United States Attorney for the Middle District of Louisiana, through Jennifer M. Kleinpeter, Assistant United States Attorney, and the defendant, who stipulate that, were this matter to proceed to trial, the United States would present evidence which establishes that:

On or about July 4, 2004, defendant, REGGIE P. GUEDRY, broke into a residence located at 38154 West Lakeview Drive in Prairieville, LA and stole numerous items including 6 firearms: a Tikka, Model M-695, 7mm magnum rifle, bearing serial number 884455; a Ruger, Model M77 R, 6mm Remington rifle, bearing serial number 770-65711; a Mauser, Model Custom, 7x57mm Mauser rifle, bearing serial number U8123; a Browning, Model Gold Hunter, 12 gauge shotgun, bearing serial number F51NT26942; a Mossberg, Model M500A, 12 gauge shotgun, bearing serial number K552051; and a Remington, Model 1100, 12 gauge shotgun, bearing serial number M484444V; which firearms were manufactured outside of the state of Louisiana and had previously been shipped and transported in interstate and foreign commerce.

The following day, the defendant brought the six firearms to "G.G.'s" house and sold them to his father, "R.G.", for $1,200. The defendant executed a handwritten bill of sale for the guns and gave it to "R.G."

In addition to possessing the six stolen firearms sold to "R.G.," the defendant, a convicted felon, also on July 4, 2004, possessed an additional handgun, an Astra, Model A-100, 9mm semi-automatic pistol, bearing serial number 7924B.

On May 17, 1999, in the 23rd Judicial District Court, Ascension Parish, the defendant was convicted of three counts of simple burglary, one count of illegal discharge of a weapon, and one count of aggravated criminal damage to property and was sentenced to five years incarceration under Docket Numbers 10792, 10925, and 10893.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

_____
REGGIE P. GUEDRY
Defendant

_____
JENNIFER M. KLEINPETER
Assistant United States Attorney

_____
W. DALE BEHAN
Attorney for Defendant

2