UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
March 2, 2006
DISTRICT JUDGE FRANK J. POLOZOLA

UNITED STATES OF AMERICA          CRIMINAL

VERSUS          NUMBER: 05-130-FJP-DLD

REGGIE P. GUEDRY

    This matter came on this day for sentencing.

    PRESENT:   Corey R. Amundson
                Assistant U. S. Attorney

                William Dale Behan
                Counsel for defendant

                Reggie P. Guedry
                Defendant

    The Court adopts the findings of the probation officer and calculates the defendant's guideline range.

    The Court imposes sentence.

    Following sentencing, the defendant is advised of his right to appeal.

    The defendant is remanded to the custody of the United States Marshal to begin service of his sentence.

                          * * * * *

Court Reporter: E. Champion

C: CR 51a; T: 1:00

Doc#43086