# USCA #: 13-31284

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Alexander, John on 12/18/2013 at 4:07 PM CST and filed on 12/18/2013

**Case Name:** USA v. Guedry**Case Number:**3:05-cr-00130-BAJ-SCR**Filer:**Dft No. 1 - Reggie P. Guedry**Document Number:**45 **Docket Text:**
**NOTICE OF APPEAL by Reggie P. Guedry ( Filing fee $ 505 receipt number 053N-1027169.) (Attachments: # (1) Attachment Proposed Order on Notice of Appeal)(Alexander, John)**

**3:05-cr-00130-BAJ-SCR-1 Notice has been electronically mailed to:**

Jennifer M. Kleinpeter     jennifer.kleinpeter@usdoj.gov, bonnie.pittman@usdoj.gov

John Christopher Alexander , Sr     jca@jcalaw.us, alaina@jcalaw.us, cara@jcalaw.us, franklincpierce@gmail.com

**3:05-cr-00130-BAJ-SCR-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/18/2013] [FileNumber=1401026-0] [903b6e7341ebcb920f597668848256f4780aea5cd6bf6b5a66b032e0a9b56e4911 30c7c268998216ce8da81d37c5f7d4e9ed8b2d3d38f555e4698521b7f4beed]]
**Document description:**Attachment Proposed Order on Notice of Appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1077641870 [Date=12/18/2013] [FileNumber=1401026-1] [9dea60749fd9870561bd5d04829811389d0ed16d6863346eb169158a2ffba5b4dd cc936c1970285789c3ff199f780f419db828e8d7deb3d65dfc58dab9dd7b7b]]