[RECEIVED MAY 07 2014 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK]



[U.S. COURT OF APPEALS RECEIVED APR 23 2014 FIFTH CIRCUIT]

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

April 21, 2014

Mr. Lyle Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

APPEAL NO. 13-31284

IN RE: 3:05-cr-130, USA vs. Reggie Guedry

Dear Sir,

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

Record on Appeal Consisting of:

____ Volume(s) of the record          ____ Volume(s) of State Court Record

____ 1st Supplemental record          ____ 2nd Supplemental record

____ Volume(s) of the transcript; Document #

✓ Sealed PSI; Document

____ Sealed Documents and Exhibits; Document #

____ Container(s) of trial exhibits

____ Other:

Very truly yours,

*Tina Russell*
Tina Russell, Operations Clerk